IN THE COURT OF APPEALS
AT KNOXVILLE

FILED

September 30, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

KRYSTAL NICOLE HADJOPOULOS,    )    GREENE CIRCUIT
                               )    C.A. NO. 03A01-9801-CV-00037
        Plaintiff-Appellee     )
                               )
                               )
                               )
vs.                            )
                               )    HON. BEN K. WEXLER
                               )    JUDGE
                               )
JOSHUA NEEL HADJOPOULOS,        )
                               )
        Defendant-Appellant    )    REMANDED WITH INSTRUCTIONS


J. RONNIE GREER, Greeneville, for Appellant.


LEROY TIPTON, JR., Greeneville, for Appellee.



O P I N I O N

McMurray, J.


In this divorce case, Joshua Hadjopoulos (father) appeals the trial court's refusal to allow overnight visitation with his son Bryceton Layne Hadjopoulos until the child is two years of age. We reverse the trial court's judgment relative to visitation and remand to the trial court with instructions to establish visitation in accordance with this opinion.